# United States Court of Appeals for the Federal Circuit

---

**MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., MICRON TECHNOLOGY TEXAS, LLC,**
*Appellants*

v.

**NETLIST, INC.,**
*Appellee*

---

2024-1312, 2024-1313

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-00744, IPR2022-00745.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

February 20, 2026
Date

Jarrett B. Perlow
Clerk of Court